In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00221-CV**
_____

**DORA COMEAUX, Appellant**

**V.**

**MKC ENERGY INVESTMENTS, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 131588**

_____

**MEMORANDUM OPINION**

Dora Comeaux filed a notice of appeal from a judgment signed on May 18, 2021. On August 30, 2021, we sent a letter to the parties warning that the appeal would be dismissed without further notice unless appellant paid the filing fee. On September 28, 2021, we notified the parties that the clerk's record had not been filed due to appellant's failure to pay, or to arrange to pay, the County Clerk's fee for preparing the clerk's record. The notice warned appellant that her appeal would be dismissed for want of prosecution unless she either paid the fee for the record or

1

established that she needed additional time to do so. None of the parties filed a response. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 8, 2021
Opinion Delivered December 9, 2021

Before Golemon, C.J., Kreger and Horton, JJ.

2